**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00276-CV**
_____

**VIRGINIA SPECK AND KRISTEN DENNIS, Appellants**

**V.**

**PATRICIA DEE WOOTEN AND EMILY SALAZAR, Appellees**

**On Appeal from the Probate Court No. 1**
**Montgomery County, Texas**
**Trial Cause No. 21-32490**

**MEMORANDUM OPINION**

Virginia Speck and Kristen Dennis, Appellants, filed a motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. No other parties filed a notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 6, 2023
Opinion Delivered December 7, 2023

Before Golemon, C.J., Johnson and Wright, JJ.